[No. 7146–7–I.   Division One.   June 23, 1980.]

EMIL E. BERG, ET AL, *Respondents,* v. PRIORITY INVESTMENTS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 814334, Robert E. Dixon, J., entered November 14, 1978. *Affirmed in part* and *reversed and*

*remanded in part* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Durham–Divelbiss, J.